Mildred Brown, by George Brown, appellee, v. City of Chicago, appellant. Gen. No. 24,253.

Action to recover for personal injuries to a child, sustained while using a public sidewalk. Judgment for plaintiff. Appeal from the

Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed October 1, 1918.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. Francis J. Woolley, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.